MIDWOOD PARK COMPANY, Respondent, *v.* BERTHA G. M. BAKER, Defendant, and KOUWENHOVEN REALTY AND IMPROVEMENT COMPANY, Appellant, Impleaded with Others.

*Midwood Park Co.* v. *Baker*, 144 App. Div. 939, affirmed.
(Argued December 19, 1912; decided January 14, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 22, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at

Special Term in an action to foreclose a mortgage on real property.

*George C. Lay* for appellant.

*Augustus Van Wyck* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.